UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
12 JAN 10 PM 4: 39
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

Rossana V. Williams )
              Plaintiff,  )
                          )
vs.                       )   Cause No.
                          )
TMS Health Inc ,          )   1:12-cv-0035 JMS-DKL
                          )
              Defendant.  )

## EMPLOYMENT DISCRIMINATION COMPLAINT

Plaintiff brings a complaint against defendant TMS Health Inc for discrimination as set forth below.

Plaintiff  X  DOES  ___ DOES NOT (indicate which) demand a jury trial.

### I. PARTIES

Plaintiff's Name, Address, and Phone Number:
Rossana V. Williams
2625 N. Meridian St., Apt 519
Indianapolis, IN 46208
(317) 480-7406

Defendant's Name and Address:
TMS Health Inc
c/o Affiliated Computer Services (ACS)
2828 N. Haskell Ave, Bldg 1, Floor 9
Dallas, TX 75204
Attn: Kim Cook, paralegal

### II. JURISDICTION

1. This complaint is brought pursuant to:

   _____ Title VII of the Civil Rights Act of 1964, as amended, and jurisdiction is based on 42 U.S.C. §2000e-5 and 28 U.S.C. §1331;

   __X__ The Age Discrimination in Employment Act (29 U.S.C. § 621), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Americans with Disabilities Act (42 U.S.C. § 12101), and jurisdiction is based on 28 U.S.C. § 1331;

_____ The Rehabilitation Act (29 U.S.C. § 701, *et seq.*), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Equal rights under law (42 U.S.C. § 1981), and jurisdiction is based on 28 U.S.C. § 1331;

_____ Other (list): _____

2. Plaintiff _X_ DID \_\_\_\_ DID NOT (indicate which) timely file a charge of discrimination with the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission. [**Attach a copy of charge to this complaint**].

3. Plaintiff's Right to Sue Notice from the Equal Employment Opportunity Commission or the Indiana Civil Rights Commission was **received** on or about _OCT. 22, 2011_ (insert date). [**Attach a copy of Notice of Right to Sue to this complaint**].

### III. STATEMENT OF LEGAL CLAIM

Plaintiff is entitled to relief in this action because:

The defendants' actions during the plaintiff's tenure of employment, and subsequent discharge, constitutes a breach of the "Age Discrimination in Employment Act", (29 USC § 621; jurisdiction, 28 USC § 1331.

### IV. FACTS IN SUPPORT OF COMPLAINT

During the term of employment, plaintiff was singled out and disciplined for actions that at least one other similarly situated employee, who was younger, was not disciplined or discharged for the same or similar actions. Plaintiff was subjected to ageist remarks from co-worker, who was in a position of authority as trainer to the plaintiff. And further this plaintiff refutes the defendant's allegations that plaintiff's work performance was a "breach of duty" to perform.

## V. PRAYER FOR RELIEF

Based on the foregoing, plaintiff seeks the following relief:

Plaintiff is requesting pay commensurate to a year's salary, or what the plaintiff would have received had employment continued for a one year period. In addition any court costs, attorney fees and expenses incurred in the search for comparable employment.

(Use additional sheets if necessary.)

## VI. SIGNATURE

Signed this 10th day of January, 20 11.

_____
(Signature of Plaintiff)