UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ROSSANA V. WILLIAMS | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:12-cv-0035-JMS-DKL |
| | ) | Dismissal acknowledged. |
| TMS HEALTH, INC. | ) | JMS, DJ 5-17-12 |
| | ) | |
|     Defendant. | | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff Rossana Williams and Defendant TMS Health, LLC, by and through their undersigned counsel of record, and hereby stipulate that any and all claims against Defendant in the above-styled case be dismissed with prejudice and with each party to bear its own costs.

Respectfully submitted this the 16th day of May, 2012.

FOR THE PLAINTIFF:

/s/ Kenneth T. Roberts
KENNETH T. ROBERTS
RUDY CORAM
Roberts & Bishop
The Roberts-Bishop Building
118 North Delaware Street
Indianapolis, Indiana  46204
Telephone:  (317) 631-0172
Facsimile: (317) 631-0178

FOR THE DEFENDANT:

/s/ F. Daniel Wood Jr.
SAMUEL ZURIK (Pro Hac Vice)
The Kullman Firm
1100 Poydras Street
1600 Energy Centre
New Orleans, LA 70163
Telephone: (504) 524-4162
Facsimile: (504) 596-4189

F. DANIEL WOOD JR. (Pro Hac Vice)
The Kullman Firm
600 University Park Place, Suite 340
Birmingham, AL  35209
Telephone:  (205) 871-5858
Facsimile:  (504) 871-5874